

# Fourth Court of Appeals
## San Antonio, Texas

July 8, 2022

No. 04-22-00272-CV

Rebecca **FLORES** and Juan Flores,
Appellants

v.

**SAN ANTONIO KITCHEN & BATH, LLC,**
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2021CV03517
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

The court reporter's record was due on July 5, 2022. On July 5, 2022, Ms. Kay Counseller, the court reporter responsible for preparing, certifying, and filing the reporter's record in this appeal, filed a notification of late record, stating appellant had failed to pay or make arrangements to pay the reporter's fee for preparing the record and appellant was not entitled to appeal without paying the fee.

We therefore ORDER appellant to provide written proof to this court **no later than July 18, 2022** that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee. If appellant fails to respond within the time provided, appellant's brief will be due within thirty days from the date of this order, and the court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of July, 2022.

MICHAEL A. CRUZ, Clerk of Court